**Appeal Case No. 21-3181**

UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT

MIKE BOATMAN

*Plaintiff-Appellant*

v.

PEORIA AREA ASSOCIATION OF REALTORS

*Defendant-Appellee*

**NOTICE OF VOLUNTARY DISMISSAL**

APPEAL FROM THE CENTRAL DISTRICT OF ILLINOIS
**Case No. 1:20-cv-01248-JES-JEH**

JOEL B. ROTHMAN
EVAN A. ANDERSEN
**SRIPLAW, P.A.**
21301 Powerline Road
Suite 100
Boca Raton, FL 33433
561.404.4350 – Telephone
561.404.4353 – Facsimile
joel.rothman@sriplaw.com
evan.andersen@sriplaw.com

*Attorneys for Appellant Mike Boatman*

Appellant Mike Boatman ("Boatman") and Appellee Peoria Area Association of Realtors ("PAAR") by and through their undersigned counsel, and pursuant to F.R.A.P. 42(b), hereby dismiss the instant appeal, with prejudice, with each party to bear its own costs, expenses, and attorney's fees.

Dated: March 28, 2022                Respectfully Submitted,


                                     */s/ Joel B. Rothman*
                                     JOEL B. ROTHMAN